**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6427

JESSE JAMES PRITCHARD, JR.,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; GENE M. JOHNSON; JACK LEE;
M. E. QUINONES, Doctor; MS. JEWELL; MS. HARR;
CORRECTIONAL OFFICER KOGER; LIEUTENANT L.
FLEMING, a/k/a Moose; JOHN HONAKER, Sergeant;
GENE SHINAULT; SERGEANT HARRISON; NURSE KEEN;
JOHN & JANE DOES,

Defendants - Appellees,

and

JANET SALYER; JULIE VASS; MCI CORPORATION;
GEORGE DEEDS; L. MULLINS; LIEUTENANT SHELTON;
CHARLES R. ROSE, Sergeant,

Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-99-29407)

Submitted: July 19, 2002          Decided: August 5, 2002

Before WILKINS, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jesse James Pritchard, Jr., Appellant Pro Se.  Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jesse James Pritchard, Jr., appeals the district court's orders entering judgment for Pritchard in accordance with a jury verdict on one claim in this 42 U.S.C.A. § 1983 (West Supp. 2002) action, dismissing certain claims, and entering summary judgment for Defendants on the remaining claims.  We have reviewed the record, the district court's orders and the informal brief and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Pritchard v. Angelone, No. CA-99-29407 (W.D. Va. Feb. 4, 2002; Jan. 4 & 18, 2002; Oct. 25, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED